UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ASSOCIATED TERMINALS PANGAEA LOGISTICS, LLC,<br>*Plaintiff*,<br><br>v.<br><br>FEUTAINER LLC,<br>*Defendants.* | No. 3:22-cv-1557 (VAB) |

**ORDER FOR WRIT OF ATTACHMENT**
**UNDER SUPPLEMENTAL ADMIRALTY RULE B**

Having considered the Verified Complaint for issuance of process of attachment and the required declaration, and finding the conditions for an action under Supplemental Admiralty Rule B appear to exist, the Court has determined that the Plaintiffs Request for Writ of Attachment Under Admiralty Rule B should be, and is, **GRANTED**.

**IT IS ORDERED** that the Clerk of this Court is instructed to issue a Writ of Maritime Attachment and Garnishment, as prayed for in the Verified Complaint, against all assets, cash, funds, wire transfers, accounts, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, goods, chattels, credits, letters of credit, bills of lading, effects, debts and monies, tangible or intangible, or any funds up to the amount of $2,492,000.00, belonging to, due, claimed by, or being transferred to, from or for the benefit of defendant Feutainer LLC **("Defendant"),** including, but not limited to such property as may be held, received or transferred in Defendant's name or as may be held received or transferred for its benefit at, moving through, or within the possession, custody or control of the garnishee named in Schedule

1

<u>A</u> annexed to the Verified Complaint, and said Order being equally applicable with respect to the issuance and service of additional Writs of Maritime Attachment and Garnishment upon any garnishee in this district not named therein; and

**IT IS FURTHER ORDERED** that supplemental process enforcing this Order may be issued by the Clerk of this Court upon application without further order of the Court; and

**IT IS FURTHER ORDERED** that a copy of this Order be attached to and served with the Writ of Maritime Attachment and Garnishment; and

**IT IS FURTHER ORDERED** that, under Rule B(l)(b)(ii), Patrick F. Lennon of Lennon Murphy & Phillips LLC, counsel for Plaintiff is specially appointed to make service of the Writ of Maritime Attachment or Garnishment, along with a copy of the Verified Complaint and other ancillary documents in this action. Patrick F. Lennon may further appoint or engage any other person at least 18 years of age and not a party to this action to make service of process in this action without further order from the Court; and

**IT IS FURTHER ORDERED** that, following the initial service by the United States Marshal or other duly-designated process server upon each garnishee, supplemental service of Writ of Maritime Attachment or Garnishment, as well as this Order, may be made by facsimile transmission or e-mail to each garnishee; and

**IT IS FURTHER ORDERED** that, upon service of a copy of the Writ of Maritime Attachment and Garnishment upon a garnishee, the attached property shall not be removed from this District until further order or upon written authorization from Plaintiffs counsel in this action; and

**IT IS FURTHER ORDERED** that each garnishee may consent in writing to accept service by any other means; and

**IT IS FURTHER ORDERED** that service on any garnishee as described above is deemed continuous throughout the day from the time such service through the opening of the garnishee's business on the next business day.

**SO ORDERED** at Bridgeport, Connecticut, this 8th day of December, 2022.

/s/ Victor A. Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE