UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ASSOCIATED TERMINALS
PANGAEA LOGISTICS, LLC,
    *Plaintiff*

v.

FEUTAINER LLC,
    *Defendant..*

No. 3:22-cv-1557 (VAB)

### ORDER

Upon the Joint Motion for Leave of Court to Deposit Funds into the Court Registry and other Miscellaneous Relief, and good cause appearing therefore, it is hereby **ORDERED** that:

The Joint Motion for Leave of Court to Deposit Funds into Court Registry Investment System and other Miscellaneous Relief is **GRANTED**; and it is further

**ORDERED** that in accordance with Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure GameChange Solar Operation, garnishee of the funds attached under the Writ of Maritime Attachment ordered by this Court on December 8, 2022, under 28 U.S.C. § 2045 and Rule 67 of the Federal Rules of Civil Procedure, pay the Garnished Funds, in the amount of USD 2,492,598.17, (the "Funds") into the Court Registry Investment System ("CRIS") in an interest bearing account (the "Funds"); and it is further

**ORDERED** that the Clerk of the Court deposit such funds into an interest bearing account in CRIS, where it will remain until and subject to further order by this Court; and it is further

**ORDERED** that upon the payment of the Funds into CRIS, any claims GameChange has or may have regarding the Funds are relinquished; and it is further **ORDERED** that upon the payment of the Funds into CRIS, any claims ATP has or may have against GameChange regarding the Funds are relinquished; and it is further

**ORDERED** that upon the payment of the Funds into CRIS, any claims Feutainer has or may have against GameChange regarding the Funds are relinquished; and it is further

**ORDERED** that upon payment of the Funds into CRIS, GameChange shall be under no further obligation to hold any funds or other property in connection with the Writ; and it is further

**ORDERED** that in the event ATP and/or Feutainer wish to withdraw the Funds from CRIS such application must be made on a joint basis; and it is further

**ORDERED** that in the event ATP obtains a judgment against Feutainer, or makes a showing of good cause in connection with a motion not on a joint basis, ATP may seek an order from this Court instructing the Clerk of the Court to disburse, into an account provided by ATP, part or all of the Funds in the full amount of such judgment or the full amount of the Funds, whichever is less. Such request may be made without consent of Feutainer; and it is further

**ORDERED** that in the event judgment is entered entirely in favor of Feutainer on ATP's complaint that the Garnished Funds shall be returned to Feutainer into an account designated by Feutainer. Such request may be made without the consent of ATP; and it is further

**ORDERED** that this Order shall not affect the Parties' other rights, remedies, claims and defenses; and it is further

**ORDERED** that this Order shall not prejudice ATP's rights, claims and remedies against Feutainer, including to seek further attachment until the full amount of ATP's claim, plus interest, legal fees, and costs, including costs incurred from the attachment, is secured, as well as to seek any post-judgment security; and it is further

**ORDERED** that this Order shall not prejudice any of Feutainer's rights, counterclaims, remedies, and/or defenses against ATP; and it is further

**ORDERED** that this Order shall not prejudice Feutainer's right to seek countersecurity for its counterclaims under Supplemental Admiralty Rule E(7) or under otherwise applicable law. All Feutainer's rights, remedies, and defenses to obtain such countersecurity remain unimpaired; and it is further

**ORDERED** that all claims against GameChange are dismissed in their entirety, with prejudice and with all parties bearing their own costs, under Federal Rule of Civil Procedure 41(1)(A)(ii); and it is further

**ORDERED** that GameChange Solar Operation's crossclaims and counterclaims are dismissed from this action with prejudice and with all parties bearing their own costs, under Federal Rule of Civil Procedure 41(1)(A)(ii).

**SO ORDERED** at Bridgeport, Connecticut, this 19th day of April, 2023.

/s/ Victor A. Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE